IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RASHEL HAMPL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | NO. 1:25-cv-00346-ADA-ML |
| TRIUMPH ENGINE CONTROL | § | |
| SYSTEMS, LLC; and TRIUMPH | § | |
| GROUP, INC., | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF SETTLEMENT

The undersigned plaintiff gives notice to the Court that All Plaintiffs and All Defendants have reached a settlement agreement which resolves all claims asserted by Plaintiffs against All Defendants.

Dated: November 4, 2025

Respectfully submitted,

*s/ Matthew Clarke*
Matthew Clarke (*pro hac vice*)
**KRUTCH LINDELL BINGHAM JONES, PS**
5 Centerpointe Dr., Suite 400
Portland, OR 97035
T: (503) 210-1987
mkc@krutchlindell.com

James T. Anderson *(pro hac vice)*
**KRUTCH LINDELL BINGHAM JONES, PS**
3316 Fuhrman Avenue East, Suite 250
Seattle, WA 98102
T: (206) 682-1505
jta@krutchlindell.com

Mark Pierce
Texas Bar No. 15995500
Andres C. Pereira
Texas Bar No. 00794440

**DJC Law PLLC**
1012 W. Anderson Lane
Austin, TX 78757
T: (512) 220-1800
mark@teamjustice.com
apereira@teamjustice.com

**Attorneys for Plaintiff**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a true and correct copy of the above and foregoing document has been served upon all counsel of record in accordance with the Federal Rules of Civil Procedure on this 4th day of November, 2025.

*s/ Matthew Clarke*
Matthew Clarke